In the Matter of the Claim of KATHERINE ANTHUS, Respondent, against THE RAIL JOINT COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — sufficiency of proof of accident.*

*Anthus* v. *Rail Joint Co.*, 193 App. Div. 571, affirmed.

(Submitted April 21, 1921; decided May 10, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1920, which affirmed an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's husband was employed as a laborer in a rolling mill. It was alleged that while engaged in moving steel billets he injured his foot and died from blood poisoning resulting therefrom. Defendants contended that there was a failure of proof as to the accident.

*J. Arthur Hilton, Alfred T. Tompkins* and *Clarence B. Tippett* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.